1  JOHN P. JIMENEZ, ESQ.
   Nevada Bar No. 11400
2  PHILLIPS, SPALLAS & ANGSTADT LLC
   504 S. Ninth Street
3  Las Vegas, Nevada 89101
   (702) 938-1510
4
   *Attorneys for Defendant*
5  *Wal-Mart Stores, Inc.*

6                   UNITED STATES DISTRICT COURT

7                       DISTRICT OF NEVADA

8  FRANCES CHAMPION,                          Case No.: 2:09-cv–1605-ECR-RJJ

9                      Plaintiff,              (District Court, Clark County Case No.
                                               A593094, Dept. No. XVI)
10 v.

11 WAL-MART STORES, INC., a Delaware           **STIPULATION AND ORDER FOR
   corporation; DOES I through X; and ROE      DISMISSAL WITH PREJUDICE**
12 CORPORATIONS I THROUGH X, inclusive,

13                                             ORDER GRANTING
                      Defendants.
14

15        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

16 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

17

18 or her own costs and attorney's fees.

19 DATED: This 30th day of June, 2010.          DATED: This 17 day of June, 2010.

20

21 JOHN P. JIMENEZ, ESQ.                        COLIN S. BRIGHURST, ESQ
   PHILLIPS, SPALLAS & ANGSTADT, LLC            HENNESS & HAIGHT
22 504 S. Ninth Street                          8972 Spanish Ridge Avenue
   Las Vegas, Nevada 89101                      Las Vegas, Nevada 89148
23 *Attorneys for Wal-Mart Stores, Inc.*        *Attorneys for Plaintiff*

24                              **ORDER**

25        PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

26 it is hereby:

27 ///

28

1    ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

2  with prejudice each party to bear their own costs and attorney's fees.

3    DATED this _30th day_ of June. 2010.

4

5                               Edward C, Reed.

6                          **DISTRICT COURT JUDGE**

7  Respectfully submitted by:

8  **PHILLIPS, SPALLAS & ANGSTADT, LLC**

9

10  _____ NV BAR # 11457

   JOHN P. JIMENEZ, ESQ.
11  Nevada Bar No. 11400
   *Attorneys for Defendant*
12  *Wal-Mart Stores, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE